SAMUEL H. BOOTH et al., Respondents, *v.* J. NOAH H. SLEE, Appellant.

(Submitted February 21, 1916; decided February 29, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 745.)